# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* GREGORY BORIS, | : : : : | Case No. 2:15-cv-06769 |
| | | Hon. Jose L. Linares, U.S.D.J. |
| Plaintiff, | : : | Hon. Joseph A. Dickson, U.S.M.J. |
| v. | : : : | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH** |
| LOCKHEED MARTIN CORPORATION, | : : | **PREJUDICE AS TO RELATOR GREGORY BORIS.** |
| Defendant. | : : : : : | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff-Relator Gregory Boris ("Relator") and Defendant Lockheed Martin Corporation stipulate that the above-captioned action and all claims are voluntarily dismissed with prejudice as to Relator (but without prejudice as to the United States). Relator and his counsel acknowledge, represent, and warrant that they are not prevailing parties within the meaning of the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* The United States Attorney for the District of New Jersey, on behalf of the Attorney General and the United States, consents to this dismissal on the grounds that it is in the interests of the United States.

Dated: June 26, 2018

| | |
|---|---|
| _____*/s/ Jason T. Brown*_____<br>Jason T. Brown<br>Patrick Almonrode<br>JTB LAW GROUP, LLC<br>155 2nd Street<br>Suite 4<br>Jersey City, NJ 07302<br>Tel:   (201) 630-0000<br>Fax:   (855) 582-5297<br>Email: jtb@jtblawgroup.com<br><br>*Attorneys for Plaintiff-*<br>*Relator Gregory Boris* | _____*/s/ Joshua Link*_____<br>Joshua Link<br>DINSMORE & SHOHL LLP<br>1200 Liberty Ridge Drive<br>Suite 310<br>Wayne, PA  19087<br>Tel:   (610) 408-6020<br>Fax:   (610) 408-6021<br>Email: joshua.link@dinsmore.com<br><br>Michael J. Bronson<br>Patrick M. Hagan<br>George R. Painter IV<br>DINSMORE & SHOHL LLP<br>255 E. Fifth Street<br>Suite 1900<br>Cincinnati, OH 45202<br>Tel:   (513) 977-8200<br>Fax:   (513) 977-8141<br>Email: michael.bronson@dinsmore.com<br>           patrick.hagan@dinsmore.com<br>           rob.painter@dinsmore.com<br><br>*Attorneys for Defendant*<br>*Lockheed Martin Corporation* |