

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GREGORY BORIS, | Case No. 2:15-cv-06769 |
| | Hon. Jose L. Linares, U.S.D.J. |
| Plaintiff, | Hon. Joseph A. Dickson, U.S.M.J. |
| v. | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO RELATOR GREGORY BORIS.** |
| LOCKHEED MARTIN CORPORATION, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff-Relator Gregory Boris ("Relator") and Defendant Lockheed Martin Corporation stipulate that the above-captioned action and all claims are voluntarily dismissed with prejudice as to Relator (but without prejudice as to the United States). Relator and his counsel acknowledge, represent, and warrant that they are not prevailing parties within the meaning of the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* The United States Attorney for the District of New Jersey, on behalf of the Attorney General and the United States, consents to this dismissal on the grounds that it is in the interests of the United States.

Dated: June 26, 2018

/s/ Jason T. Brown
_____
Jason T. Brown
Patrick Almonrode
JTB LAW GROUP, LLC
155 2nd Street
Suite 4
Jersey City, NJ 07302
Tel:  (201) 630-0000
Fax:  (855) 582-5297
Email: jtb@jtblawgroup.com

*Attorneys for Plaintiff-
Relator Gregory Boris*

/s/ Joshua Link
_____
Joshua Link
DINSMORE & SHOHL LLP
1200 Liberty Ridge Drive
Suite 310
Wayne, PA 19087
Tel:  (610) 408-6020
Fax:  (610) 408-6021
Email: joshua.link@dinsmore.com

Michael J. Bronson
Patrick M. Hagan
George R. Painter IV
DINSMORE & SHOHL LLP
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202
Tel:  (513) 977-8200
Fax:  (513) 977-8141
Email: michael.bronson@dinsmore.com
       patrick.hagan@dinsmore.com
       rob.painter@dinsmore.com

*Attorneys for Defendant
Lockheed Martin Corporation*

SO ORDERED: _____ [signature]

DATED: _____6/27/18_____